Argued and submitted November 9, ballot title certified December 3, 1999

Lloyd K. MARBET,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General
of the State of Oregon,
*Respondent,*

*and*

Andy REID
and Daniel Meek,
*Intervenors.*

(SC S46845)

991 P2d 1056

Daniel W. Meek, Portland, argued the cause and filed the petition for petitioner.

Holly A. Vance, Assistant Attorney General, Salem, argued the cause for respondent. With her on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Linda K. Williams, Portland, filed a response for intervenors.

PER CURIAM

## PER CURIAM

This is a ballot title review proceeding brought under ORS 250.085(2). Petitioner is an elector who timely submitted written comments concerning the content of the draft ballot title submitted to the Secretary of State and who therefore is entitled to seek review of the ballot title certified by the Attorney General. *See* ORS 250.085(2) (setting that requirement).

We have considered each of petitioner's arguments concerning the ballot title certified by the Attorney General. We conclude that none establishes that the Attorney General's certified ballot title fails substantially to comply with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d). Accordingly, we certify to the Secretary of State the following ballot title:

AMENDS CONSTITUTION: INCREASES SIGNATURES
REQUIRED TO PLACE INITIATIVE AMENDING
CONSTITUTION ON BALLOT

RESULT OF "YES" VOTE: "Yes" vote increases number of signatures required to place initiative to amend constitution on ballot.

RESULT OF "NO" VOTE: "No" vote rejects increasing signatures required to place initiative to amend constitution on ballot.

SUMMARY: Amends constitution. Currently, initiative to amend Oregon Constitution can be placed on the ballot by a petition signed by a number of qualified voters equal to 8 percent of the total number of votes cast for all candidates at last election for Governor. Measure increases number of signatures required to place initiative to amend constitution on ballot to 12 percent of total number of votes cast for all candidates at last election for Governor. Applies to initiative submitted for vote after November 2000 election.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).